The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAR J. HOWARD,<br><br>Defendant. | No. CR21-057-RSM<br><br>**PRELIMINARY<br>ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Preliminary Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Jamar J. Howard's interest in the following property:

1.   $3,090 in United States currency, seized on or about November 24, 2020, at 2909 Mill Avenue South, Renton, Washington 98055.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS that entry of a Preliminary Order of Forfeiture is appropriate because:

- The above-identified property is forfeitable pursuant to 21 U.S.C. § 853(a), as it was proceeds that the Defendant obtained personally from the offense and/or facilitated or was involved in the Defendant's commission of

Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C.
§§ 841(a)(1), (b)(1)(C) and 846; and,

- Pursuant to the Plea Agreement he entered on December 13, 2021, the
Defendant agreed to forfeit the above-identified property, which is subject to
forfeiture pursuant to 21 U.S.C. § 853(a).  Dkt. No. 143, ¶¶ 8, 12.

NOW, THEREFORE, THE COURT ORDERS:

1.      Pursuant to 21 U.S.C. § 853(a), and his Plea Agreement, the Defendant's
interest in the above-identified property is fully and finally forfeited, in its entirety, to the
United States;

2.      Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Preliminary Order will
be final as to the Defendant at the time he is sentenced, it will be made part of the
sentence, and it will be included in the judgment;

3.      The United States Department of Justice, the Federal Bureau of
Investigation, and/or their authorized agents or representatives, shall maintain the above-
identified property in its custody and control until further order of this Court;

4.      Pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n), the
United States shall publish notice of this Preliminary Order and its intent to dispose of the
property as permitted by governing law. The notice shall be posted on an official
government website—www.forfeiture.gov—for at least thirty (30) days. For any person
known to have alleged an interest in the property, the United States shall also, to the
extent possible, provide direct written notice to that person. The notice shall state that any
person, other than the Defendant, who has or claims a legal interest in the above
identified property must file a petition with the Court within sixty (60) days of the first
day of publication of the notice (which is thirty (30) days from the last day of
publication), or within thirty (30) days of receipt of direct written notice, whichever is
earlier. The notice shall advise all interested persons that the petition:

a.      shall be for a hearing to adjudicate the validity of the petitioner's
alleged interest in the property;

Preliminary Order of Forfeiture - 2
*U.S. v. Howard*, CR21-57-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970

b.     shall be signed by the petitioner under penalty of perjury; and

c.     shall set forth the nature and extent of the petitioner's right, title, or interest in the property, as well as any facts supporting the petitioner's claim and the specific relief sought.

5.     If no third-party petition is filed within the allowable time period, the United States shall have clear title to the property, and this Preliminary Order shall become the Final Order of Forfeiture as provided by Fed. R. Crim. P. 32.2(c)(2);

6.     If a third-party petition is filed, upon a showing that discovery is necessary to resolve factual issues presented by that petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure before any hearing on the petition is held.  Following adjudication of any third-party petitions, the Court will enter a Final Order of Forfeiture, pursuant to Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. § 853(n), reflecting that adjudication; and

7.     The Court will retain jurisdiction for the purpose of enforcing this Preliminary Order, adjudicating any third-party petitions, entering a Final Order of Forfeiture, and amending the Preliminary Order or Final Order as necessary pursuant to Fed. R. Crim. P. 32.2(e).

IT IS SO ORDERED.

DATED this 21st day of January, 2022.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture - 3
*U.S. v. Howard*, CR21-57-RSM

Presented by:


*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Preliminary Order of Forfeiture - 4
*U.S. v. Howard*, CR21-57-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970