The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAR J. HOWARD,<br><br>Defendant. | No. CR21-57-RSM<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

1. $3,090 in United States currency, seized on or about November 24, 2020, at 2909 Mill Avenue South, Renton, Washington 98055.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

1. In the Plea Agreement that Defendant Howard entered on December 13, 2021, he agreed to forfeit his interest in the above-identified property as proceeds from the Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) and 846, to which he entered a guilty plea, or property that facilitated that offense (Dkt. No. 143);

Final Order of Forfeiture - 1
*United States v. Howard,* CR21-57-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. On January 21, 2022, the Court entered a Preliminary Order of Forfeiture, finding the above-identified property forfeitable pursuant to 21 U.S.C. § 853(a) and forfeiting the Defendant's interest in it (Dkt. No. 156);

3. Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 167), and also provided direct notice to five potential claimants (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exhibits A, B, C, & D); and,

4. The time for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 29th day of June, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
United States v. Howard, CR21-57-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Howard,* CR21-57-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970