1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAR J. HOWARD,<br><br>Defendant. | Case No. CR21-00057RSM<br><br>ORDER ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THE COURT having considered the motion of defendant JAMAR J. HOWARD (Dkt #305), the response of the government, and the records and files herein, hereby makes the following findings:

Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6) and (a)(7), the Court finds that due to the conduct of the defendant and in the interest of justice,

///

///

///

///

ORDER - 1

IT IS ORDERED that the motion is GRANTED and Defendant's term of supervised release previously imposed by the Court is terminated.

DATED this 26th day of April, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2